No. 943. Texas ex rel. City of West University Place et al. v. City of Houston et al.

May 22, 1944. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. (1) *Pawhuska* v. *Pawhuska Oil Co.*, 250 U. S. 394; *Trenton* v. *New Jersey*, 262 U. S. 182, 187, 191–92; *Risty* v. *Chicago, R. I. & P. Ry. Co.*, 270 U. S. 378, 390; *Williams* v. *Mayor*, 289 U. S. 36, 40. (2) *King Mfg. Co.* v. *Augusta*, 277 U. S. 100, 103–4. *Messrs. Everett L. Looney* and *Edward Clark* for appellants.